IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LATRICYA LONDON                                                PLAINTIFF

v.                          No. 5:19-cv-300-DPM

ANDREW SAUL, Commissioner,
Social Security Administration                                 DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, № 10, and overrules London's objections, № 12. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Court lacks subject matter jurisdiction and will dismiss her premature complaint without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 December 2019