# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LATRICYA LONDON**                                    **PLAINTIFF**

v.                         **No. 5:19-cv-300-DPM**

**ANDREW SAUL, Commissioner**
**Social Security Administration**                     **DEFENDANT**

## JUDGMENT

London's premature complaint is dismissed without prejudice for lack of subject matter jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

30 December 2019